# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**JOHN J. BUCKSHAW**

          **V.**          **CASE NUMBER: 5:04-CV-1420(FJS/GHL)**

**STATE OF NEW YORK**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendant STATE OF NEW YORK against Plaintiff JOHN J. BUCKSHAW for failure to comply with the February 10, 2005, Order of the Hon. Frederick J. Scullin, Jr.

DATED: May 23, 2005

*[signature]*
Clerk of Court

LKB:lmp